459 A.2d 31

Commonwealth, Appellant v. Middleton.
Petition for Allowance of Appeal
Granted July 18, 1983.

Argued January 7, 1983.  Lee Ruslander, Assistant District Attorney, for Commonwealth, appellant; Joseph S. Nescio, for appellee.

Before SPAETH, BECK and JOHNSON, JJ.

Order affirmed.

459 A.2d 31

Commonwealth v. Morris, Appellant.
Petition for Allowance of Appeal
Denied July 20, 1983.

Argued October 27, 1982.  Thomas I. Puleo, for appellant; Mark S. Gurevitz, Assistant District Attorney, for Commonwealth, appellee.

Before HESTER, WICKERSHAM and POPOVICH, JJ.

Judgment of sentence affirmed.